# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARREOLA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF POMONA; ERIC HAMILTON, in his official and individual capacity; CHRIS TUCKER, in his official and individual capacity; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV13-4671 SVW (PJWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION**<br><br>(FRCP Rule 41(a)(1)(A)(ii))<br><br>JS-6 |

　　　IT IS HEREBY ORDERED that no judgment be entered in this action and plaintiff's action be dismissed with prejudice against all defendants, named or unnamed, served or unserved.

　　　IT IS SO ORDERED.

DATED: April 9, 2014

_____
Honorable Stephen V. Wilson
United States District Court Judge